**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Enrique GOMEZ–GONZALEZ,
aka Jorge Cholico–Gomez,
Defendant–Appellant.**

No. 01–10366.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 17, 2001.

Filed July 2, 2002.

J. Douglas Wilson and Laurie Gray, Assistant United States Attorneys, San Francisco, CA, for the plaintiff-appellee.

Before BEEZER, TROTT and TALLMAN, Circuit Judges.

## ORDER

Enrique Gomez–Gonzalez ("Cholico") has informed us that he completed his term of incarceration on October 16, 2001, one day after oral argument and approximately three months before we filed our opinion on January 15, 2002. Cholico's appeal of his sentence became moot when he completed that sentence. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir.1999). There was no case or controversy when we filed our opinion on January 15, 2002. *See United States v. Mann*, 138 F.3d 758, 758 (9th Cir.1997).

We DISMISS the petition for rehearing and request for en banc review, WITHDRAW the opinion filed January 15, 2002 and DISMISS the appeal.